IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

MICHAEL ARTHUR NIXON, )
)
      Petitioner, )    CIVIL ACTION NO.: CV206-071
)
v. )
)
UNITED STATES OF AMERICA, )    (Case No.: CR204-14)
)
      Respondent. )

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Respondent's Motion to Dismiss is **DENIED**. Respondent is directed to file a brief addressing the merits of Petitioner's claim of ineffective assistance of counsel as it relates to the negotiation and acceptance of his plea agreement. Said brief shall be filed within ten days of Respondent's receipt of the sentencing hearing transcript.

**SO ORDERED**, this 26 day of October, 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)