IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) Case No. CR204-54 |
| | ) |
| MICHAEL ARTHUR NIXON | ) |

<u>O R D E R</u>

The above captioned case filed in the Brunswick Division of this Court was previously assigned to the Honorable Anthony A. Alaimo.

IT IS HEREBY ORDERED that this case is reassigned to the Honorable J. Randal Hall for further plenary disposition.

SO ORDERED, this 6th day of February, 2018.

J. Randal Hall
Chief United States District Judge
Southern District of Georgia